# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., CENTER FOR BIOLOGICAL DIVERSITY, *and* ANIMAL WELFARE INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, UNITED STATES DEPARTMENT OF COMMERCE, CHRIS OLIVER, NATIONAL MARINE FISHERIES SERVICE, STEVEN MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, KIRSTJEN NIELSEN, *and* UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | **Summons**<br><br>Civil Action No. 18-cv-55 |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on Plaintiffs' attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Mario Toscano**
Clerk of the Court

/s/ Giulia C.S. Good Stefani
Plaintiffs' Attorney

3/21/18
Date

Name, Address, Telephone Number, and E-mail Address of Plaintiffs' Attorney:

Giulia C.S. Good Stefani
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
(310) 434-2333
ggoodstefani@nrdc.org