FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**       FORM 11

| | |
|---|---|
| Natural Resources Defense Council, Inc., et al.<br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br>Ross, et al.<br>　　　　　　　　　　　Defendant. | Court No.:　　18-cv-55 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Natural Resources Defense Council, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: March 21, 2018

Daniel N. Carpenter-Gold
Attorney

Natural Resources Defense Council
Firm

40 West 20th Street, 11th Floor
Street Address

New York, NY 10011
City, State and Zip Code

(212) 727-4656
Telephone Number

dgold@nrdc.org
E-mail Address