FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| Natural Resources Defense Council, Inc., et al.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br>Ross, et al.<br><br>　　　　　　　　　　Defendant. | Court No.:   18-cv-55 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Center for Biological Diversity and Animal Welfare Institute, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: March 21, 2018

Sarah Uhlemann
Attorney

Center for Biological Diversity
Firm

2400 80th Street NW
Street Address

Seattle, WA 98117
City, State and Zip Code

(206) 327-2344
Telephone Number

suhlemann@biologicaldiversity.org
E-mail Address