# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WILBUR ROSS, et al.,<br><br>        Defendants. | Civil Action No. 18-cv-55<br><br>**Proof of Service** |

I, Dani Garcia, declare as follows:

1.  I am employed as a Program Assistant at the Natural Resources Defense Council (NRDC) in Los Angeles, California.

2.  On March 21, 2018, I served on Defendants Wilbur Ross, the U.S. Department of Commerce (Commerce), Chris Oliver, the National Marine Fisheries Service (the Service), Steven Mnuchin, the United States Department of the Treasury (Treasury), Kirstjen Nielsen, and the United States Department of Homeland Security (DHS) true and correct copies of the following documents in the above-captioned case: (1) the Complaint; (2) the Summons; (3) Disclosures of Corporate Affiliations and Financial Interest for Plaintiffs NRDC, the Center for Biological Diversity, and the Animal Welfare Institute; and (4) Notices of Appearance for Daniel Carpenter-Gold, Zak Smith, and Sarah Uhlemann.

3.  I served Defendant Wilbur Ross by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

>    The Honorable Wilbur L. Ross, Jr.
>    United States Department of Commerce
>    1401 Constitution Avenue, NW
>    Washington, DC 20230

4. I served Defendant Commerce by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

> United States Department of Commerce
> 1401 Constitution Avenue, NW
> Washington, DC 20230

5. I served Defendant Chris Oliver by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

> Assistant Administrator Chris W. Oliver
> NOAA Fisheries
> 1315 East-West Highway
> Silver Spring, MD 20910

6. I served Defendant the Service by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

> NOAA Fisheries
> 1315 East-West Highway
> Silver Spring, MD 20910

7. I served Defendant Steven Mnuchin by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

> The Honorable Steven T. Mnuchin
> United States Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220

8. I served Defendant Treasury by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

> United States Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220

9. I served Defendant Kirstjen Nielsen by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

> The Honorable Kirstjen M. Nielsen

>Secretary of Homeland Security
>Washington, DC 20528

10. I served Defendant DHS by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

>Office of the General Counsel
>United States Department of Homeland Security
>245 Murray Lane, SW
>Washington, DC 20528

11. Pursuant to Court of International Trade Rule 4(h), I served the United States by sending one copy of the documents identified in ¶ 2 by certified mail, return receipt requested, to:

>Attorney-in-Charge
>International Trade Field Office, Commercial Litigation Branch
>Department of Justice
>26 Federal Plaza
>New York, NY 10278

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March, 2018.

*Dani Garcia*