7017 0190 0000 9416 2081

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10278

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.63 |
| $ | |
| Total Postage and Fees | $7.83 |
| $ | |

Postmark Here

SANTA MONICA POST OFFICE 90401-9998 MAR 21 2018

0260 24

03/21/2018

Sent To: Attorney-in-charge, Commercial litigation branch, Dep. of Justice
Street and Apt. No., or PO Box No.: 26 Federal Plaza
City, State, ZIP+4®: New York, NY 10278

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7939

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

WASHINGTON, DC 20230

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.63 |
| $ | |
| Total Postage and Fees | $7.83 |
| $ | |

0260 24

Postmark Here

SANTA MONICA POST OFFICE MAR 21 2018 90401-9998

03/21/2018

Sent To: U.S. Department of Commerce
Street and Apt. No., or PO Box No.: 1401 Constitution Avenue, NW
City, State, ZIP+4®: Washington DC 20230

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7908

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

WASHINGTON, DC 20230

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.63 |
| $ | |
| Total Postage and Fees | $7.83 |
| $ | |

0260 24

Postmark Here

SANTA MONICA POST OFFICE MAR 21 2018 90401-9998

03/21/2018

Sent To: The Honorable Wilbur L. Ross, Jr.
Street and Apt. No., or PO Box No.: U.S. Department of Commerce, 1401 Constitution Ave. NW
City, State, ZIP+4®: Washington DC 20230

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7885

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20220
OFFICIAL USE

Certified Mail Fee $3.45
$
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.63
$
Total Postage and Fees $7.83
$
Sent To The Honorable Steven T. Mnuchin, U.S. Dep. of the Treasury
Street and Apt. No., or PO Box No. 1500 Pennsylvania Avenue, NW
City, State, ZIP+4® Washington, DC 20220

Postmark Here 0260 24
SANTA MONICA POST OFFICE MAR 21 2018 03/21/2018 90401-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7861

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SILVER SPRING, MD 20910
OFFICIAL USE

Certified Mail Fee $3.45
$
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.63
$
Total Postage and Fees $7.83
$
Sent To NOAA Fisheries
Street and Apt. No., or PO Box No. 1315 East-West Highway
City, State, ZIP+4® Silver Spring, MD 20910

Postmark Here 0260 24
SANTA MONICA POST OFFICE MAR 21 2018 03/21/2018 90401-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7922

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20220
OFFICIAL USE

Certified Mail Fee $3.45
$
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.63
$
Total Postage and Fees $7.83
$
Sent To U.S. Department of the Treasury
Street and Apt. No., or PO Box No. 1500 Pennsylvania Avenue, NW
City, State, ZIP+4® Washington DC 20220

Postmark Here 0260 24
SANTA MONICA POST OFFICE MAR 21 2018 03/21/2018 90401-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 0190 0000 9416 2104

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20528
OFFICIAL USE
Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.63
Total Postage and Fees $7.83
Postmark Here: 0260 24 — SANTA MONICA POST OFFICE MAR 21 2018 90401-9998 — 03/21/2018
Sent To: Office of General Counsel, U.S. Dep. of Homeland Security
Street and Apt. No., or PO Box No.: 245 Murray Lane, SW
City, State, ZIP+4®: Washington, DC 20528
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7878

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20528
OFFICIAL USE
Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.63
Total Postage and Fees $7.83
Postmark Here: 0260 24 — SANTA MONICA POST OFFICE MAR 21 2018 90401-9998 — 03/21/2018
Sent To: The Honorable Kirstjen M. Nielsen
Street and Apt. No., or PO Box No.: Secretary of Homeland Security
City, State, ZIP+4®: Washington DC 20528
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2680 0000 8896 7892

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.
SILVER SPRING, MD 20910
OFFICIAL USE
Certified Mail Fee $3.45
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.63
Total Postage and Fees $7.83
Postmark Here: 0260 24 — SANTA MONICA POST OFFICE MAR 21 2018 90401-9998 — 03/21/2018
Sent To: Assistant Administrator Chris W. Oliver, NOAA Fisheries
Street and Apt. No., or PO Box No.: 1315 East-West Highway
City, State, ZIP+4®: Silver Spring, MD 20910
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions