UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 18-00055 |
| WILBUR ROSS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of May 3, 2019 (ECF No. 90), the parties respectfully submit this joint status report. On July 12, 2019, the U.S. Court of Appeals for the Federal Circuit issued its mandate remanding the case to this Court. *See Nat. Res. Def. Council Inc. v. Ross*, No. 2018-2325 (Fed. Cir.). The parties agree that Defendants' motion to dismiss is ripe for review. *See Nat. Res. Def. Council Inc. v. Ross*, No. 2018-2325, 2019 WL 2173792, at *3 (Fed. Cir. May 20, 2019) (*per curiam*) ("remand[ing] to the CIT for review and fact-finding consistent with this order").

Since the Court of Appeals' order, the parties have continued to discuss vaquita conservation efforts. Specifically, pursuant to Fed. R. Evid. 408, the Government shared with Plaintiffs copies of a draft agenda and proposed changes to the Mexican regulatory regime governing the Upper Gulf of California commercial fisheries that the United States planned to provide to the Government of Mexico as part of ongoing U.S.-Mexico communications and coordination. *See generally* AR 103; ECF No. 88-1 (letter from Mexico to United States regarding Mexican vaquita conservation efforts). The Government and Plaintiffs conferred by phone on July 2, 2019, and Plaintiffs provided to the Government their comments on the proposed regulatory changes. Nina Young, Foreign Affairs Specialist, Marine Mammal Lead,

at the National Marine Fisheries Service (NMFS) Office of International Affairs and Seafood Inspection, traveled to Mexico City and met with Mexico's representatives from 13 agencies, including Ministry of Environment officials, on July 8, 2019. The parties again conferred pursuant to Fed. R. Evid. 408 on July 23, 2019, where we discussed, among other topics, Ms. Young's meetings with Mexican authorities.

Respectfully submitted,

/s/ Giulia C.S. Good Stefani
Natural Resources Defense Council
P.O. Box 106
Mosier, OR 97040
(310) 434-2333
ggoodstefani@nrdc.org

Vivian H.W. Wang
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
(212) 727-4477
vwang@nrdc.org

Sarah Uhlemann
Center for Biological Diversity
2400 80th Street NW
Seattle, WA 98117
(206) 327-2344
suhlemann@biologicaldiversity.org

*Attorney for Plaintiffs Center for Biological Diversity & Animal Welfare*

Stephen Zak Smith
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
(310) 434-2334
zsmith@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council Institute*

JOSEPH H. HUNT
Assistant Attorney General

JEANNE E. DAVIDSON
Director

| | |
|---|---|
| OF COUNSEL:<br>JASON FORMAN<br>National Oceanic and<br>Atmospheric Administration<br>Silver Spring, MD | /s/Patricia M. McCarthy<br>PATRICIA M. MCCARTHY<br>Assistant Director |
| DANIEL J. PAISLEY<br>Department of the Treasury<br>Washington, DC | /s/Stephen C. Tosini<br>STEPHEN C. TOSINI<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division |
| GLENN KAMINSKY<br>Department of Homeland Security<br>Washington, DC | Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tele. (202) 616-5196<br>Stephen.Tosini@usdoj.gov |
| July 24, 2019 | Attorneys for Defendants |