ERRATA

<u>Nat. Res. Def. Council, Inc.  v. United States</u>, Court No. 18-00055, Slip Op. 20-53, dated April 22, 2020:

Page 12:        On line 2, replace "threat" with "thread"

April 22, 2020